IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:08CV00369 WRW |
| | ) | |
| Dwight Alexander | ) | |
| | ) | |
|       Defendant. | ) | |

ASSESSMENT OF SURCHARGE

Pursuant to the United States of America's Application for Assessment of Surcharge allowed by 28 U.S.C. §3011(a), a surcharge of $2,541.68, is hereby assessed and included in the judgment.

Dated this 20th day of August, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE