UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 4:08CV00369 BRW |
| | ) | |
| DWIGHT ALEXANDER | ) | |
| Defendant, | ) | |
| and | ) | |
| MOLEX, INC. | ) | |
| Garnishee | ) | |

GARNISHMENT ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 23, 2012, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to the defendant in the sum of $388.84 disposable net wages per week. As of June 5, 2012, the defendant is indebted to the United States in the sum of $29.922.11 with interest accruing at the legal rate.

On April 24, 2012, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property. The United States is entitled to 25% of the defendant's disposable weekly net wages of $388.84.

THEREFORE, IT IS ORDERED that the Garnishee pay 25% of defendants' net wages per pay period and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

1

2

Said payments should be sent to the U.S. Department of Justice Facility, Nationwide Central Intake, P.O. Box 790363, St. Louis, MO 63179-0363.

Dated: June 5, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE